UNITED STATE DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
ALISHA PRICE,                                    Case No: 24-cv-04720

                      Plaintiff,         **NOTICE OF APPEARANCE**

  -against-

KOHN, SWIFT & GRAF, P.C. and NEIL L. GLAZER,

                      Defendants.
-------------------------------------------------------------------X

**PLEASE TAKE NOTICE,** that Nicholas P. Chrysanthem, Esq., of MARSHALL DENNEHEY, P.C., appears for the Defendants, KOHN, SWIFT & GRAF, P.C. and NEIL L. GLAZER, and respectfully requests that all other papers in this action be served upon the undersigned at the office and post office address stated below.

Dated: New York, New York
        September 6, 2024      Yours, etc.,

                              **MARSHALL DENNEHEY, P.C.**

                        By:  _____
                              Nicholas P. Chrysanthem, Esq.
                              *Attorneys for Defendants*
                              *Wall Street Plaza, 88 Pine Street, 21st Floor*
                              *New York, New York 10005*
                              *Tel.: (212) 376-6400/(631) 232-6130*
                              npchrysanthem@mdwcg.com

TO:  **VIA ECF**
       Robert J. Hantman, Esq.
       Hantman & Associates
       1120 6th Avenue, 4th Floor
       New York, New York 10036
       Rhantman@hantmanlaw.com