CLOSED,ACO,MJI,TransferredOutCase−DoNotDocket

# U.S. District Court
## Eastern District of New York (Central Islip)
## CIVIL DOCKET FOR CASE #: 2:24−cv−04720−JMW

| | |
|---|---|
| Price v. Kohn, Swift & Graf, P.C. et al | Date Filed: 07/08/2024 |
| Assigned to: Magistrate Judge James M. Wicks | Date Terminated: 10/18/2024 |
| Cause: 28:1332 Diversity − Legal Malpractice | Jury Demand: Plaintiff |
| | Nature of Suit: 190 Contract: Other |
| | Jurisdiction: Diversity |

**Plaintiff**

**Alisha Price**    represented by    **Robert J. Hantman**
Hantman & Associates
1120 Avenue of the Americas, 4th Floor
New York, NY 10036
212−684−3933
Fax: 646−380−3299
Email: rhantman@hantmanlaw.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Kohn, Swift & Graf, P.C.**    represented by    **Nicholas Peter Chrysanthem**
Marshall Dennehey Warner Coleman & Goggin
Wall Street Plaza
88 Pine Street
Ste 21st Floor
New York, NY 10005
212−376−6454
Fax: 212−376−6490
Email: npchrysanthem@mdwcg.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Neil L. Glazer**    represented by    **Nicholas Peter Chrysanthem**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 07/08/2024 | Ï 2 | This attorney case opening filing has been checked for quality control. See the attachment for corrections that were made, if any. (KD) (Additional attachment(s) added on 7/9/2024: # 1 Additional Corrections) (LJ). (Entered: 07/08/2024) |
| 07/08/2024 | Ï 1 | COMPLAINT against All Defendants Was the Disclosure Statement on Civil Cover Sheet completed −Yes,, filed by Alisha Price. (Attachments: # 1 Civil Cover Sheet, # 2 Proposed Summons) (LJ) (Entered: 07/09/2024) |

| | | |
|---|---|---|
| 07/08/2024 | ï | FILING FEE: $ 405, receipt number ANYEDC–18043932 (LJ) (Entered: 07/09/2024) |
| 07/09/2024 | ï | Incorrect Document Entry Information. Complaint was entered as against plaintiff; entry was deleted and re–entered as against defendants. (LJ) (Entered: 07/09/2024) |
| 07/09/2024 | ï | Case Assigned to Magistrate Judge James M. Wicks. Please download and review the Individual Practices of the assigned Judges, located on our website. Attorneys are responsible for providing courtesy copies to judges where their Individual Practices require such. (LJ) (Entered: 07/09/2024) |
| 07/09/2024 | ï 3 | Clerks Notice Re: Consent. A magistrate judge has been assigned as the presiding judge in this case as part of a Pilot Program, governed by EDNY Administrative Order 2023–23. In accordance with Rule 73 of the Federal Rules of Civil Procedure, Local Rule 73.1, the parties are notified that if all parties consent, the assigned Magistrate Judge is available to conduct all proceedings in this action including a (jury or nonjury) trial and to order the entry of a final judgment. Attached to this Notice is a blank copy of the consent form that should be filled out, signed and filed electronically only if all parties wish to consent. The form is also available here: https://www.nyed.uscourts.gov/edny–direct–assignment–pilot–program. Any party may withhold its consent without adverse substantive consequences. Do NOT return or file the consent unless all parties have signed the consent. Unless all parties consent to the Magistrate Judge jurisdiction by the deadline set forth in the Administrative Order 2023–23, a District Judge will be assigned to the case. The parties are directed to review the terms of Administrative Order 2023–23 and other materials related to the Pilot Program on the Courts website: https://www.nyed.uscourts.gov/edny–direct–assignment–pilot–program. (LJ) (Entered: 07/09/2024) |
| 07/09/2024 | ï 4 | Summons Issued as to All Defendants. (LJ) (Entered: 07/09/2024) |
| 07/18/2024 | ï 5 | WAIVER OF SERVICE Returned Executed by Alisha Price. Neil L. Glazer waiver sent on 7/11/2024, answer due 9/9/2024; Kohn, Swift & Graf, P.C. waiver sent on 7/11/2024, answer due 9/9/2024. (Hantman, Robert) (Entered: 07/18/2024) |
| 09/06/2024 | ï 6 | NOTICE of Appearance by Nicholas Peter Chrysanthem on behalf of Neil L. Glazer, Kohn, Swift & Graf, P.C. (aty to be noticed) (Chrysanthem, Nicholas) (Entered: 09/06/2024) |
| 09/06/2024 | ï 7 | Letter MOTION to Change Venue *[requesting permission to move to change venue* by Neil L. Glazer, Kohn, Swift & Graf, P.C.. (Attachments: # 1 Exhibit A – Retainer Agreement) (Chrysanthem, Nicholas) (Entered: 09/06/2024) |
| 09/08/2024 | ï | ORDER. In light of the motion to change venue (ECF No. 7 ), any opposition shall be filed on or before **September 16, 2024**. So Ordered by Magistrate Judge James M. Wicks on 9/8/2024. (HM) (Entered: 09/08/2024) |
| 09/16/2024 | ï 8 | Letter *In Opposition to Defendants' Letter Motion to Change Venue* by Alisha Price (Attachments: # 1 Affidavit Plaintiff's Affidavit in Opposition to Defendants' Letter Motion to Change Venue) (Hantman, Robert) (Entered: 09/16/2024) |
| 09/18/2024 | ï 9 | MOTION for Leave to File Document by Neil L. Glazer, Kohn, Swift & Graf, P.C.. (Chrysanthem, Nicholas) (Entered: 09/18/2024) |
| 09/20/2024 | ï | ORDER granting 9 Motion for Leave to File. Defendants shall file their reply concerning the motion to change venue on or before **September 25, 2024**. So Ordered by Magistrate Judge James M. Wicks on 9/20/2024. (HM) (Entered: 09/20/2024) |
| 09/25/2024 | ï 10 | REPLY in Support *of Defendants' Request to Change Venue* filed by Neil L. Glazer, Kohn, Swift & Graf, P.C.. (Chrysanthem, Nicholas) (Entered: 09/25/2024) |
| 10/18/2024 | ï 11 | MEMORANDUM AND ORDER re 7 Motion to Change Venue: As set fort the in attached Memorandum and Order, this Court, in exercising its discretion and considering notions of convenience and interests of justice to the parties, finds that a transfer of venue to the Eastern |

| | | |
|---|---|---|
| | | District of Pennsylvania under 28 U.S.C. § 1404(a) is proper. Accordingly, Defendants' motion for transfer of venue (ECF No. 7 ) is granted, and the Clerk of the Court is hereby directed to transfer this case to the Eastern District of Pennsylvania. So Ordered by Magistrate Judge James M. Wicks on 10/18/2024. (DF) (Entered: 10/18/2024) |
| 10/18/2024 | Ï | Case electronically transferred to the Eastern District of Pennsylvania. Original file, certified copy of transfer order, and docket sheet sent. **ALL FILINGS ARE TO BE MADE IN THE TRANSFER COURT, DO NOT DOCKET TO THIS CASE.** (GO) (Entered: 10/22/2024) |