IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALISHA PRICE<br><br>v.<br><br>KOHN, SWIFT & GRAF, P.C. and<br>NEIL L. GLAZER | Case No.: 2:24-cv-05684-GAM<br><br>Civil Action |

## NOTICE OF APPEARANCE

TO THE CLERK OF THE COURT:

Kindly enter my appearance as counsel on behalf of Defendants, Kohn, Swift & Graf, P.C. and Neil L. Glazer, in the above-captioned matter.

**MARSHALL DENNEHEY, P.C.**

BY: _____
Josh J.T. Byrne, Esquire
PA ID No.: 85474
2000 Market Street, Suite 2300
Philadelphia, PA 19103
jtbyrne@mdwcg.com
(215) 575-2805
Attorney for Defendants,
Kohn, Swift & Graf, P.C. and Neil L. Glazer

Date: October 24, 2024

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALISHA PRICE | Case No.: 2:24-cv-05684-GAM |
| v. | Civil Action |
| KOHN, SWIFT & GRAF, P.C. and NEIL L. GLAZER | |

### CERTIFICATE OF SERVICE

I, Josh J. T. Byrne, Esquire, do hereby certify that a true and correct copy of my Notice of Appearance, was electronically filed with the Court on the date below and is available for viewing and downloading from the ECF System.

**MARSHALL DENNEHEY, P.C.**

BY: _____
Josh J.T. Byrne, Esquire
PA ID No.: 85474
2000 Market Street, Suite 2300
Philadelphia, PA 19103
jtbyrne@mdwcg.com
(215) 575-2805
Attorney for Defendants,
Kohn, Swift & Graf, P.C. and Neil L. Glazer

Date: October 24, 2024