# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ALISHA PRICE** | : | |
| | : | **CIVIL ACTION** |
| v. | : | No. 24-5684 |
| | : | |
| **KOHN, SWIFT & GRAF, P.C.** and | : | |
| **NEIL L. GLAZER** | : | |

## ORDER

This 21st day of July, 2025, it is hereby **ORDERED** that Plaintiff shall show cause in writing on or before **August 1, 2025** why this matter should not be dismissed for failure to prosecute.

  /s/ Gerald Austin McHugh
United States District Judge