# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ALISHA PRICE | : | |
| | : | CIVIL ACTION |
| v. | : | No. 24-5684 |
| | : | |
| KOHN, SWIFT & GRAF, P.C. and | : | |
| NEIL L. GLAZER | : | |

## **ORDER**

This 4th day of August, 2025, it is hereby **ORDERED** that Plaintiff is **GRANTED** an additional fifteen (15) days extension of time to file a response to this Court's July 21, 2025 Order to Show Cause. It is further **ORDERED** that Counsel shall docket their letter forwarded to the Court on August 1, 2025 requesting the extension of time to file their response.

    /s/ Gerald Austin McHugh
United States District Judge