IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ALISA PRICE,**           Plaintiff | : |
| v. | : |
| **KOHN, SWIFT & GRAF, P.C.** and **NEIL L. GLAZER,**           Defendants | :   No.: 24-5684 : : |

### NOTICE OF APPEARANCE

To The Clerk of the United States District Court:

    Kindly enter the appearances of Clifford B. Cohn, Esquire and Kenneth D. Albert, Esquire on behalf of Plaintiff, Alisha Price, in the above-captioned matter.

**COHN & ASSOCIATES**

BY: *Clifford B. Cohn*
     CLIFFORD B. COHN, ESQUIRE
     *Email: cbcohn@cbcohn*
     Attorney I.D. No: 25847

BY: *Kenneth D. Albert*
     KENNETH D. ALBERT, ESQUIRE
     *Email: kalbert@cbcohn.com*
     Attorney I.D. No: 56375

     1650 Market Street, 55th Floor
     Philadelphia PA 19103
     Phone: (215) 545-9660
     Fax: (267)838-9224
     *Attorney for Plaintiff*

Date: August 4, 2025

## CERTIFICATE OF SERVICE

I, Janet Haefner Rogers, legal assistant, hereby certify that I have served upon all parties of record a true and correct copy of the foregoing Notice of Appearance filed electronically to be viewed and downloaded via ECF_Documents@paed.uscourts.gov to:

Josh J.T. Byrne, Esquire
Marshall Dennehey Warner Coleman & Goggin
2000 Market Street, Suite 2300
Philadelphia  PA  19103
**Via Email:  jtbyrne@mdwcg.com**

Nicholas Peter Chrysanthem, Esquire
Marshall Dennehey Warner Coleman & Goggin
Wall Street Plaza
888 Pine Street, 21st Floor
New York  NY  10005
**Via Email:  NPChrysanthem@mdwcg.com**

          **COHN & ASSOCIATES**

          *Janet Haefner Rogers*
          Janet Haefner Rogers, legal assistant

          1650 Market Street, 55th Floor
          Philadelphia  PA  19103
          Email:  jhaefner@cbcohn.com
          Phone: 215-545-9660
          Fax:  267-838-9224

Date:  August 4, 2025