IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ALISA PRICE,**<br>    **Plaintiff** | : |
| | : |
|     **v.** | : |
| | :   No: 2:24-05684-GAM |
| **KOHN, SWIFT & GRAF, P.C.** and<br>**NEIL L. GLAZER,** | |
|     **Defendants** | : |
| | : |

**CERTIFICATE OF MERIT**
**AS TO KOHN, SWIFT & GRAF, P.C.**

I, Clifford B. Cohn, Esquire, certify that:

[   ] an appropriate licensed professional has supplied a written statement to the undersigned that there is a basis to conclude that the care, skill or knowledge exercised or exhibited by this defendant in the treatment, practice or work that is the subject of this lawsuit, fell outside acceptable professional standards and that such conduct was a cause in bringing about the harm;

AND/OR

[ x ] the claim that this defendant deviated from an acceptable professional standard is based solely on allegations that other licensed professionals for whom this defendant is responsible deviated from an acceptable professional standard and an appropriate licensed professional has supplied a written statement to the undersigned that there is a basis to conclude that the care, skill or knowledge exercised or exhibited by the other licensed professionals in the treatment, practice or work that is the subject of the complaint, fell outside acceptable professional standards and that such conduct was a cause in bringing about the harm;

OR

[ ] expert testimony of an appropriate licensed professional is unnecessary for prosecution of the claim against this defendant.

**COHN & ASSOCIATES**

BY: *Clifford B. Cohn*
CLIFFORD B. COHN, ESQUIRE
*Email: cbcohn@cbcohn*
Attorney I.D. No: 25847

BY: *Kenneth D. Albert*
KENNETH D. ALBERT, ESQUIRE
*Email: kalbert@cbcohn.com*
Attorney I.D. No: 56375

1650 Market Street, 55th Floor
Philadelphia PA  19103
Phone: (215) 545-9660
Fax: (267)838-9224
*Attorney for Plaintiff*

Date:  August 12, 2025

## **CERTIFICATE OF SERVICE**

      I, Janet Haefner Rogers, legal assistant, hereby certify that I have served upon all parties of record a true and correct copy of the foregoing Certificate of Merit as to Kohn, Swift & Graf, P.C., electronically to be viewed and downloaded via ECF_Documents@paed.uscourts.gov to:

Josh J.T. Byrne, Esquire
Marshall Dennehey Warner Coleman & Goggin
2000 Market Street, Suite 2300
Philadelphia  PA  19103
**Via Email:  jtbyrne@mdwcg.com**

Nicholas Peter Chrysanthem, Esquire
Marshall Dennehey Warner Coleman & Goggin
Wall Street Plaza
888 Pine Street, 21st Floor
New York  NY  10005
**Via Email:  NPChrysanthem@mdwcg.com**

                                                        **COHN & ASSOCIATES**

                                                   *Janet Haefner Rogers*
                                                  Janet Haefner Rogers, legal assistant

                                                  1650 Market Street, 55th Floor
                                                  Philadelphia  PA  19103
                                                  Email:  jhaefner@cbcohn.com
                                                  Phone: 215-545-9660
                                                  Fax:  267-838-9224

Date:  August 12, 2025