IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| ALISHA PRICE | : | Civil Action |
| | : | |
| v. | : | |
| | : | |
| KOHN, SWIFT & GRAF, | : | |
| P C. | : | No.: 24-cv-05684 |

## ORDER

AND NOW, this          day of                              2025    , it is hereby

ORDERED that the application of _Robert J. Hantman_____, Esquire,

to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☐      GRANTED.[1]

☐      DENIED.

_____
, J.

---

[1] Instructions to request electronic filing access can be found on this court's website at https://www.paed.uscourts.gov/
nextgen-cmecf.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OFPENNSYLVANIA

Civil Action No# **24-cv-05684**

**APPLICATION FORM FOR THOSE ATTORNEYS SEEKING TO PRACTICE IN THIS COURT**
**PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)**

## I. APPLICANT'S STATEMENT

I, **Robert J Hantman** the undersigned, am an attorney who is not currently admitted to either the bar of this court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b), and am submitting a check, number_____, for the $75.00 admission fee.

A. *I state that I am currently admitted to practice in the following state jurisdictions:*

| New Jersey | 6/10/1976 | 024601975 |
|---|---|---|
| (State where admitted) | (Admission date) | (Attorney Identification Number) |
| Florida | 11/4/1975 | 204935 |
| (State where admitted) | (Admission date) | (Attorney Identification Number) |
| New York | 3/30/1982 | 2066538 |
| (State where admitted) | (Admission date) | (Attorney Identification Number) |

B. *I state that I am currently admitted to practice in the following federal jurisdictions:*

| Southern District Florida | 4/24/2009 | 204935 |
|---|---|---|
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
| Eastern District New York | 6/5/1985 | RH3947 |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
| Southern District of NY | 5/14/1985 | RH3947 |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |

C. *I state that I am at present a member of the aforesaid bars in good standing, and that I will demean myself as an attorney of this court uprightly and according to law, and that I will support and defend the Constitution of the United States.*

*I am entering my appearance for*

*Robert J. Hantman*
(Applicant's Signature)

**August 4th, 2025**
(Date)

| | |
|---|---|
| Name of Applicant's Firm | Robert J Hantman and Associates |
| Address | 1120 Avenue of the Americas, 4th Flr |
| Telephone Number | 212-684-3933 |
| Email Address | rhantman@hantmanlaw.com |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **08/12/2025**
(Date)

*Robert J. Hantman*
(Applicant's Signature)

04/20

## II. SPONSOR'S STATEMENT, MOTION AND CERTIFICATE OF SERVICE

The undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania hereby moves for the admission of Robert J. Hantman_____to practice in said court pursuant to Local Rule of Civil Procedure 83.5.2(b), and certify that I know (or after reasonable inquiry believe) that the applicant is a member in good standing of the above- referenced state and federal courts and that the applicant's private and personal character is good. I certify that this application form was on this date mailed, with postage prepaid, to all interested counsel.

*Clifford B. Cohn*

Clifford B. Cohn                    Clifford B. Cohn (Aug 15, 2025 12:09:18 EDT)          ___1/1/1977_____          25847_____

(Sponsor's Name)                    (Sponsor's Signature)                    (Admission date)          (Attorney
                                                                                                        Identification No.)

### SPONSOR'S OFFICE ADDRESS AND TELEPHONE NUMBER:

COHN & ASSOCIATES

1650 Market Street, 55th Floor, Philadelphia, PA 19103

215-545-9660

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __8/15/2025_____

*Clifford B. Cohn*

Clifford B. Cohn (Aug 15, 2025 12:09:18 EDT)

          (Date)                                        (Sponsor's Signature)

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ALISHA PRICE                              :        Civil Action
                                          :
            v.                            :
                                          :
KOHN, SWIFT & GRAF, P.(                   :        No.: 2:24-cv-05684

## CERTIFICATE OF SERVICE

I declare under penalty of perjury that a copy of the application of Robert J. Hantman, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) and the relevant proposed Order which, if granted, would permit such practice in this court was served as follows:

Robert J. Hantman, Esquire, Hantman & Associates, 1120 6th Avenue, New York, NY, 10036 by email to: rhantman@hantmanlaw.com

Josh J.T. Byrne, Esquire, Marshall Dennehey Warner Coleman & Goggin, 2000 Market Street, Suite 2300, Philadelphia, PA 19103 by email to: JTByrne@mdwcg.com

Nicholas P. Chrysanthem, Esquire, Marshall Dennehey Warner Coleman & Goggin, Wall Street Plaza, 88 Pine Street, 29th Floor, New York, NY 10005 by email to: NPChrysanthem@mdwcg.com

*Clifford B. Cohn*
Clifford B. Cohn (Aug 15, 2025 12:02 18 EDT)
**(Signature of Attorney)**

**CLIFFORD B. COHN**
**(Name of Attorney)**

**ALISHA PRICE**
**(Name of Moving Party)**

**8/15/2025**
**(Date)**

# 08-15-25 Robert Hantman PHV Application

Final Audit Report                                                                           2025-08-15

| | |
|---|---|
| Created: | 2025-08-15 |
| By: | Clifford B. Cohn (jhaefner@cbcohn.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAA84Nc7bd8JMzNpQ_dggMKfq6Bz79C0IYP |

## "08-15-25 Robert Hantman PHV Application" History

Document created by Clifford B. Cohn (jhaefner@cbcohn.com)
2025-08-15 - 4:08:48 PM GMT

Document emailed to Clifford B. Cohn (jhaefner@cbcohn.com) for signature
2025-08-15 - 4:08:51 PM GMT

Email viewed by Clifford B. Cohn (jhaefner@cbcohn.com)
2025-08-15 - 4:09:01 PM GMT

Document e-signed by Clifford B. Cohn (jhaefner@cbcohn.com)
Signature Date: 2025-08-15 - 4:09:18 PM GMT - Time Source: server

Agreement completed.
2025-08-15 - 4:09:18 PM GMT