IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Alisha Price : Civil Action
:
v. :
:
KOHN, SWIFT & GRAF, et : No.: 24-cv-05684

ORDER

AND NOW, this _____ day of _____ 20 25, it is hereby

ORDERED that the application of __Nyall J. Cook_____, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☐ GRANTED.[1]

☐ DENIED.

_____
, J.

---

[1] Instructions to request electronic filing access can be found on this court's website at https://www.paed.uscourts.gov/nextgen-cmecf.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Civil Action No# 24-cv-05684

*APPLICATION FORM FOR THOSE ATTORNEYS SEEKING TO PRACTICE IN THIS COURT*
*PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)*

## I. APPLICANT'S STATEMENT

I, **Nyall J. Cook** the undersigned, am an attorney who is not currently admitted to either the bar of this court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b), and am submitting a check, number _____, for the $75.00 admission fee.

**A.** *I state that I am currently admitted to practice in the following state jurisdictions:*

| State where admitted | Admission date | Attorney Identification Number |
|---|---|---|
| New York | May 7, 2020 | 5754924 |
| Washington D.C. | February 6, 2023 | 90009432 |
| | | |

**B.** *I state that I am currently admitted to practice in the following federal jurisdictions:*

| Court where admitted | Admission date | Attorney Identification Number |
|---|---|---|
| SDNY | 10/10/2023 | 5754924 |
| EDNY | 10/19/2023 | 5754924 |
| | | |

**C.** *I state that I am at present a member of the aforesaid bars in good standing, and that I will demean myself as an attorney of this court uprightly and according to law, and that I will support and defend the Constitution of the United States.*

I am entering my appearance for

**Nyall J. Cook Esq.** Digitally signed by Nyall J. Cook Esq. Date: 2025.08.06 19:21:20 -04'00'
(Applicant's Signature)

**08/06/2025**
(Date)

Name of Applicant's Firm: Hantman & Associates
Address: 1120 6th Avenue, New York, NY, 10036
Telephone Number: (212)-684-3933
Email Address: ncook@hantmanlaw.com

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **08/06/2025**
(Date)

**Nyall J. Cook Esq.** Digitally signed by Nyall J. Cook Esq. Date: 2025.08.06 19:21:27 -04'00'
(Applicant's Signature)

04/20

## II. SPONSOR'S STATEMENT, MOTION AND CERTIFICATE OF SERVICE

The undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania hereby moves for the admission of Nyall J. Cook to practice in said court pursuant to Local Rule of Civil Procedure 83.5.2(b), and certify that I know (or after reasonable inquiry believe) that the applicant is a member in good standing of the above- referenced state and federal courts and that the applicant's private and personal character is good. I certify that this application form was on this date mailed, with postage prepaid, to all interested counsel.

| Clifford B. Cohn | *Clifford B. Cohn* | 1/1/1977 | 25847 |
|---|---|---|---|
| (Sponsor's Name) | (Sponsor's Signature) | (Admission date) | (Attorney Identification No.) |

SPONSOR'S OFFICE ADDRESS AND TELEPHONE NUMBER:

Cohn & Associates

1650 Market Street, 55th Floor, Philadelphia, PA 19103

Phone: 215-545-9660

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 8/15/2025                    *Clifford B. Cohn*
            (Date)                         (Sponsor's Signature)

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Alisha Price | : | Civil Action |
| v. | : | |
| KOHN, SWIFT & GRAF, et | : | No.: 24-cv-05684 |

### CERTIFICATE OF SERVICE

I declare under penalty of perjury that a copy of the application of **Nyall Cook**, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) and the relevant proposed Order which, if granted, would permit such practice in this court was served as follows:

Nyal Cook, Esquire, Hantman & Associates, 1120 6th Avenue, New York, NY, 10036
by email to: ncook@hantmanlaw.com

Josh J.T. Byrne, Esquire, Marshall Dennehey Warner Coleman & Goggin, 2000 Market Street, Suite 2300, Philadelphia, PA 19103 by email to: JTByrne@mdwcg.com

Nicholas P. Chrysanthem, Esquire
Marshall Dennehey Warner Coleman & Goggin,
Wall Street Plaza, 88 Pine Street, 29th Floor
New York, NY 10005
by email to: NPChrysanthem@mdwcg.com

*Clifford B. Cohn*
Clifford B. Cohn (Aug 15, 2025 12:01:25 EDT)
(Signature of Attorney)

**Clifford B. Cohn**
(Name of Attorney)

**Alisha Price**
(Name of Moving Party)

**08/15/2025**
(Date)

# 08-15-25 Nyall Cook PHV Application

Final Audit Report  2025-08-15

| | |
|---|---|
| Created: | 2025-08-15 |
| By: | Clifford B. Cohn (jhaefner@cbcohn.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAENdrAXqhLOzmeSsnGPBUd2C1xrzmJLAa |

## "08-15-25 Nyall Cook PHV Application" History

- Document created by Clifford B. Cohn (jhaefner@cbcohn.com)
  2025-08-15 - 4:00:31 PM GMT

- Document emailed to Clifford B. Cohn (jhaefner@cbcohn.com) for signature
  2025-08-15 - 4:00:34 PM GMT

- Email viewed by Clifford B. Cohn (jhaefner@cbcohn.com)
  2025-08-15 - 4:01:00 PM GMT

- Document e-signed by Clifford B. Cohn (jhaefner@cbcohn.com)
  Signature Date: 2025-08-15 - 4:01:25 PM GMT - Time Source: server

- Agreement completed.
  2025-08-15 - 4:01:25 PM GMT

Adobe Acrobat Sign