**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **ALISHA PRICE** | : | |
| | : | **CIVIL ACTION** |
| **v.** | : | **No. 24-5684** |
| | : | |
| **KOHN, SWIFT AND GRAF, P.C.** | : | |

## ORDER

This 18th day of August, 2025, it is hereby **ORDERED** that the application of **Nyall J. Cook, Esquire** (ECF 23) to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is **GRANTED**.[1]

  /s/ Gerald Austin McHugh  
United States District Judge

---

[1] Instructions to request electronic filing access can be found on the court's website at https://www.paed.uscourts.gov/nextgen-cmecf.