**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **ALISHA PRICE** | : | |
| | : | **CIVIL ACTION** |
| v. | : | No. 24-5684 |
| | : | |
| **KOHN, SWIFT AND GRAF, P.C.,** *et al.* | : | |

**ORDER**

This 20th day of August, 2025, Plaintiff having shown cause why this case should not be dismissed, ECF 24, it is hereby **ORDERED** that Defendants shall answer or otherwise move with regard to the Complaint, ECF 1, within thirty (30) days from the entry of this Order.

                                                 /s/ Gerald Austin McHugh
                                                United States District Judge