# Exhibit B

**Zahra R. Dean**

| | |
|---|---|
| **From:** | Neil L.Glazer |
| **Sent:** | Thursday, April 8, 2021 2:32 PM |
| **To:** | alisha price |
| **Subject:** | Retainer agreement |
| **Attachments:** | Alisha Price retainer 4-8-21 (00218051xAADF6)[20].pdf |

Alisha – attached is our retainer agreement. Let me know if you have any questions. If it makes it easier for you, I can send it via DocuSign so you can electronically sign and return it.

I've left a VM with the AUSA identified on the subpoena. I'll let you know what she says when she returns my call.

Thank you for putting your trust in me. I consider it a real privilege to be able to help you.

Regards,
Neil

Neil L. Glazer
Attorney
T: 215.238.1700
F: 215.238.1968
nglazer@kohnswift.com
www.kohnswift.com

KS&G | KohnSwift&Graf, p.c.

1600 Market Street, Suite 2500
Philadelphia, PA 19103