# Exhibit C

KOHN, SWIFT & GRAF, P.C.

1600 MARKET STREET, SUITE 2500

PHILADELPHIA, PENNSYLVANIA 19103-7225

JOSEPH C. KOHN
ROBERT A. SWIFT
ROBERT J. LAROCCA †
DOUGLAS A. ABRAHAMS ✦
WILLIAM E. HOESE
STEVEN M. STEINGARD ✦
STEPHEN H. SCHWARTZ †
CRAIG W. HILLWIG
BARBARA L. GIBSON †
NEIL L. GLAZER †
ZAHRA R. DEAN ✷
AARTHI MANOHAR

(215) 238-1700
TELECOPIER (215) 238-1968
FIRM E-MAIL: info@kohnswift.com
WEB SITE: www.kohnswift.com

Email: nglazer@kohnswift.com

HAROLD E. KOHN
1914-1999

OF COUNSEL
MERLE A. WOLFSON
GEORGE W. CRONER
LISA PALFY KOHN

† ALSO ADMITTED IN NEW YORK
✦ ALSO ADMITTED IN NEW JERSEY
✷ ONLY ADMITTED IN NEW YORK

April 8, 2021

**Via Email**

Alisha Price

Dear Alisha:

      This letter sets forth the agreement pursuant to which this law firm will represent you in connection with an investigation by the United States government concerning OneTaste, Nicole Daedone and/or other persons and entities affiliated with or connected to them ("the OneTaste Parties") (this "Matter). As we discussed, we will agree to represent you in connection with this Matter during an initial phase in which we can provide you with limited services (the "Services") that can be handled via telephone, email and other means that do not require any travel on our part with respect to this Matter for a flat fee of two-thousand five hundred dollars ($2,500.00). This will include communications with you as well as with the U.S. Attorney's Office and the FBI (and any other governmental agencies that might be involved in this Matter), and it will also include working with you remotely to review, preserve, collect and, if required, produce documents, communications and other materials to the United States government. If your needs in this Matter become more extensive, including if we are required to travel, you understand that we will need to modify this Agreement, including an increase in our fees, so that we are fairly compensated for the expanded services we provide to you.

      It is incumbent upon you to ensure that we are fully informed, and that you provide us with complete, accurate and timely information when requested. In signing this Agreement, you warrant and represent that you have been providing accurate information, and you agree to continue to do so throughout this process.

      Due to the nature of this Matter, it is possible that other individuals may approach us requesting legal advice or representation. We may not disclose to any other person our privileged attorney-client communications with you absent an appropriate, formal agreement that preserves the privilege, and likewise we may not disclose to you privileged attorney-client communications of other persons absent adequate protections. Nor will we even identify you to any person who approaches us for legal advice or representation without first obtaining your permission. In each case, we will evaluate whether representing any other person presents *any* risk of conflict of interest with you, and we will not accept any such representation if we believe

{00218050 }

Kohn, Swift & Graf, P.C.  
Continuation Sheet No. 2

Alisha Price  
April 8, 2021

there to be a potential conflict of interest without first consulting with and obtaining permission from you. We are not permitted to take on any additional representations if there is an actual or potential conflict of this nature without your express waiver of our obligations in that regard.

Our representation is governed by Pennsylvania Rules of Professional Conduct for the legal profession. Our firm strictly adheres to these Rules, including Rule 1.6, which governs an attorney's ethical obligation to maintain the confidentiality of information obtained from a client during the representation. We will not reveal your confidential information unless authorized by you to do so after consultation or if compelled to do so by a court of competent jurisdiction. This duty of confidentiality continues beyond the representation.

Under the Rules of Professional Conduct, you may terminate our representation at any time. We reserve the right to withdraw from this representation for good cause, including but not limited to any breach by you of the terms of this Agreement, including your obligation to provide us with accurate and complete information on a timely basis. If we believe there to be cause for withdrawal, we will give you reasonable notice and, if possible, an opportunity to cure. If it cannot or is not cured, we will cooperate with you in transitioning to another counsel and continue to represent you in the meantime unless circumstances are such as to make that untenable.

This agreement shall be governed by the laws of Pennsylvania, regardless of the place of execution or performance. You agree with us that any disputes arising out of or relating to this Agreement shall be resolved in Pennsylvania, through mediation, binding arbitration, or a proceeding in a state or federal court sitting in the City of Philadelphia, County of Philadelphia, to which you agree to submit for purposes of personal and subject matter jurisdiction.

If the foregoing meets with your approval, please indicate your acceptance and agreement by signing and dating a copy of this Agreement in the space indicated below and returning it to me.

I thank you for the opportunity to represent you.

Very truly yours,

Neil L. Glazer

AGREED TO AND ACCEPTED:

_____  
Alisha Price

Date: _____

{00218050 }