UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALISHA PRICE,<br><br>                          Plaintiff,<br>      v.<br><br>KOHN, SWIFT & GRAF, P.C.<br>and NEIL L. GLAZER,<br><br>                          Defendants, | Case No. 24-cv-05684-GAM<br><br>**STIPULATION AND [PROPOSED]**<br>**ORDER** |

      **IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel for Plaintiff and Defendants, that the deadlines for briefing Defendants' Motion to Dismiss (ECF No. 28) are adjourned as follows:

1. Plaintiff's Opposition shall be filed on or before October 13, 2025.

2. Defendants' Reply shall be filed on or before November 6, 2025.

The parties respectfully request that the Court approve this stipulation.

Dated:  October 3, 2025
         New York, New York

| | |
|---|---|
| By: */s/ Robert J. Hantman*<br>Robert J. Hantman, Esq. *Pro Hac Vice*<br>*/s/ Nyall J. Cook*<br>Nyall J. Cook, Esq. *Pro Hac Vice*<br>*/s/ Clifford B. Cohn*<br>Clifford B. Cohn, Esq.<br>*/s/ Kenneth D. Albert*<br>Kenneth D. Albert, Esq.<br>**HANTMAN & ASSOCIATES**<br>1120 Avenue of the Americas 4th Floor<br>New York, NY 10036<br>Tel: (212) 684-3933<br>Fax: (646) 380-3299<br>rhantman@hantmanlaw.com<br>*Attorneys for Plaintiff Alisha Price* | By: */s/ Josh J.T. Byrne*<br>Josh J.T. Byrne, Esq.<br>**MARSHALL DENNEHEY, P.C.**<br>2000 Market Street, Ste. 2300<br>Philadelphia, PA 19103<br>(215) 575-2805<br>jtbyrne@mdwcg.com<br>*Attorneys for Defendants Kohn,*<br>*Swift & Graf, P.C. and Neil L.*<br>*Glazer* |