IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ALISHA PRICE,**     Plaintiff | : |
| v. | : |
| **KOHN, SWIFT & GRAF, P.C.** and **NEIL L. GLAZER,**     Defendants | :   No: 2:24-05684-GAM : : |

## CERTIFICATE OF SERVICE

    I, Janet Haefner Rogers, legal assistant, hereby certify that I have served upon all parties of record a true and correct copy of the foregoing STIPULATION AND [PROPOSED] ORDER filed electronically to be viewed and downloaded via ECF_Documents@paed.uscourts.gov to:

Josh J.T. Byrne, Esquire
Marshall Dennehey Warner Coleman & Goggin
2000 Market Street, Suite 2300
Philadelphia  PA  19103
***Via Email: jtbyrne@mdwcg.com***

                             **COHN & ASSOCIATES**

                             *Janet Haefner Rogers*
                             Janet Haefner Rogers, legal assistant

                             1650 Market Street, 55th Floor
                             Philadelphia  PA  19103
                             Email:  jhaefner@cbcohn.com
                             Phone: 215-545-9660
                             Fax:  267-838-9224

Date:  October 4, 2025