UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALISHA PRICE,<br><br>        Plaintiff,<br>  v.<br><br>KOHN, SWIFT & GRAF, P.C.<br>and NEIL L. GLAZER,<br><br>        Defendants, | Case No. 24-cv-05684-GAM<br><br>**<u>STIPULATION AND ORDER</u>** |

  **IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel for Plaintiff and Defendants, that the deadlines for briefing Defendants' Motion to Dismiss (ECF No. 28) are adjourned as follows:

1. Plaintiff's Opposition shall be filed on or before October 13, 2025.

2. Defendants' Reply shall be filed on or before November 6, 2025.

The parties respectfully request that the Court approve this stipulation.

Dated: October 3, 2025
     New York, New York

By: <u>/s/ Robert J. Hantman</u>
Robert J. Hantman, Esq. *Pro Hac Vice*
<u>/s/ Nyall J. Cook</u>
Nyall J. Cook, Esq. *Pro Hac Vice*
<u>/s/ Clifford B. Cohn</u>
Clifford B. Cohn, Esq.
<u>/s/ Kenneth D. Albert</u>
Kenneth D. Albert, Esq.
**HANTMAN & ASSOCIATES**
1120 Avenue of the Americas 4th Floor
New York, NY 10036
Tel: (212) 684-3933
Fax: (646) 380-3299
rhantman@hantmanlaw.com
*Attorneys for Plaintiff Alisha Price*

By: <u>/s/ Josh J.T. Byrne</u>
Josh J.T. Byrne, Esq.
**MARSHALL DENNEHEY, P.C.**
2000 Market Street, Ste. 2300
Philadelphia, PA 19103
(215) 575-2805
jtbyrne@mdwcg.com
*Attorneys for Defendants Kohn, Swift & Graf, P.C. and Neil L. Glazer*

APPROVED BY THE COURT:

 /s/ Gerald Austin McHugh
United States District Judge

10/06/25