# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ALISHA PRICE** | : | |
| | : | **CIVIL ACTION** |
| **v.** | : | **No. 24-5684** |
| | : | |
| **KOHN, SWIFT & GRAF, P.C.,** *et al.* | : | |

## ORDER

This 3rd day of December, 2025, for the reasons set forth in the accompanying memorandum, it is hereby **ORDERED** that Defendants' Motion to Dismiss, ECF 28, is **GRANTED**, and Plaintiff's Complaint, ECF 1, is **DISMISSED WITH PREJUDICE**.

    /s/ Gerald Austin McHugh
United States District Judge